**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 30, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00789-CV

## IN RE AMELIA V. KELLY, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 11CV0325**

## MEMORANDUM OPINION

On October 1, 2014, relator Amelia V. Kelly filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable John Ellisor, presiding judge of the 122nd District Court of Galveston County, to vacate three orders pertaining to a motion by the real party in interest to enforce the final judgment in the underlying litigation by foreclosure of relator's real property.

Relator has not satisfied her burden to demonstrate entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also lift our stay granted on October 3, 2014.


PER CURIAM

Panel consists of Justices Boyce, Jamison, and Donovan.